IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RAY CHARLES HINES                                                                                        PLAINTIFF

v.                                              Civil No. 4:10-CV-04188

NURSE WILLIAMS, et al.                                                                              DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed February 16, 2012, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 31). Judge Bryant recommends that the Motion to Dismiss of Separate Defendants Hardline and Stovall (ECF No. 29) in the above-styled case be granted and the entire case be dismissed under Red. R. Civ. P. 41(b) due to Plaintiff's failure to prosecute and to obey an order of the Court. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Separate Defendants' Motion to Dismiss (ECF No. 29) is **GRANTED**. Plaintiff's complaint is **DISMISSED WITH PREJUDICE**. The remaining motions (ECF Nos. 21, 25) are **DENIED AS MOOT**.

IT IS SO ORDERED, this 20th day of March, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge